# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBIN M. LEE,

    Plaintiff,

vs.

CLARK COUNTY DETENTION CENTER, *et al.*,

    Defendants.

Case No. 2:14-cv-01426-JAD-CWH

**ORDER**

This matter is before the Court on Plaintiff Robin M. Lee's ("Plaintiff") Motion for an Order to Receive Photocopies Due to Indigency (doc. # 29), filed March 9, 2015.

A petitioner does not have a right to free photocopying. Johnson v. Moore, 948 F.2d 517, 521 (9th Cir. 1991); Sands v. Lewis, 886 F.2d 1166, 1169 (9th Cir.1989), overruled on other grounds by Silva v. Di Vittorio, 658 F.3d 1090 (9th Cir. 2011) (stating "numerous courts have rejected any constitutional right to free and unlimited photocopying"). Under Administrative Regulations 722, "inmates can only accrue a maximum of $100.00 debt for copy work expenses." NDOC-AR 722.01(7). However, a court "can... order a prison to provide limited photocopying when it is necessary for an inmate to provide copies to the court and other parties." Allen v. Clark Cnty. Det. Ctr., No. 2: 10-CV-00857-RLH, 2011 WL 886343, at *2 (D. Nev. Mar. 11, 2011).

In the instant motion, Plaintiff states that he requires an increased copy limit to attach various documents, including docs. # 5, 10, 11, 14, 15, and 24, which are filed on the record in the instant case. See Doc. # 29. The Court denies Plaintiff's request, and directs Plaintiff to cite or refer to these documents in his amended complaint, as these documents are already filed on the record and accessible to the Court and defense counsel.

Accordingly, **IT IS HEREBY ORDERED** that Plaintiff's Motion for an Order to Receive Photocopies Due to Indigency (doc. # 29) is **denied**.

DATED: March 27, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**